

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00172-CR

IN RE ANDRE RENOR EVANS

Original Mandamus Proceeding

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

Andrew Renor Evans, proceeding pro se, has petitioned this Court for mandamus relief. Evans asks us to compel the Honorable Ralph Strother, 194th Judicial District Court, McLennan County, to rule on motions Evans claims to have filed in the trial court. This Court has jurisdiction to issue a writ of mandamus against a "judge of a district, statutory county, statutory probate county, or county court in the court of appeals district." Act of May 26, 2017, 85th Leg., R.S., ch. 740, § 1, 2017 Tex. Gen. Laws 3160, 3160 (codified at TEX. GOV'T CODE § 22.221(b)(1)). McLennan County, however, is not within the territorial jurisdiction of this Court. TEX. GOV'T CODE ANN. § 22.201(g) (West Supp. 2018).[1] Accordingly, we have no authority to address the merits of the issues raised in Evans' petition.[2]

We deny the petition for writ of mandamus.

Ralph K. Burgess
Justice

Date Submitted: October 22, 2018
Date Decided: October 23, 2018

Do Not Publish

---

[1]Section 22.201(g) of the Texas Government Code states, "The Sixth Court of Appeals District is composed of the counties of Bowie, Camp, Cass, Delta, Fannin, Franklin, Gregg, Harrison, Hopkins, Hunt, Lamar, Marion, Morris, Panola, Red River, Rusk, Titus, Upshur, and Wood." TEX. GOV'T CODE ANN. § 22.201(g).

[2]This petition for writ of mandamus does not implicate our mandate issued in the underlying appeal. *See Evans v. State*, No. 06-16-00064-CR, 2017 WL 1089806 (Tex. App.—Texarkana Mar. 22, 2017, pet. ref'd) (mem. op. not designated for publication).